SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
    cdonovan@sheppardmullin.com
TED C. LINDQUIST, III, Cal. Bar No. 178523
    tlindquist@sheppardmullin.com
BRENNA E. MOORHEAD, Cal. Bar No. 233425
    bmoorhead@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415-434-9100
Facsimile:    415-434-3947

Attorneys for Plaintiff APL CO. PTE. LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| APL CO. PTE. LTD., | Case No. CV-09-3967-SC |
| Plaintiff, | **STIPULATION CONTINUING HEARING ON DEFENDANT KEMIRA WATER SOLUTION INC.'S MOTION TO DISMISS** |
| v. | |
| KEMIRA WATER SOLUTIONS, INC. (formerly known as Kemiron Companies); and FAIRYLAND ENVITECH CO. LTD., | The Honorable Samuel Conti |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff APL CO. PTE. LTD. and Defendant KEMIRA WATER SOLUTIONS, INC. ("Kemira"), through their respective counsel of record, that the hearing on Kemira's Motion to Dismiss [Docket No. 13], currently scheduled for February 5, 2010, shall be continued to February 19, 2010, at 10:00 a.m..

-1-

W02-WEST:FTL\402430560.1

STIPULATION CONTINUING HEARING ON
DEFENDANT'S MOTION TO DISMISS
CV-09-3967-SC

1  Dated: January 21, 2010

2             SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

3

4             By  */s/ Ted C. Lindquist*
                  TED C. LINDQUIST, III
5
              Attorneys for Plaintiff
6             APL CO. PTE. LTD.

7

8  Dated: January 21, 2010
9
              GIBSON ROBB & LINDH LLP
10

11            By  */s/ Marisa G. Huber*
12                MARISA G. HUBER

13            Attorneys for Defendant
              KEMIRA WATER SOLUTIONS, INC.
14

15

16
                                    UNITED STATES DISTRICT COURT
17                                  NORTHERN DISTRICT OF CALIFORNIA
18                                  IT IS SO ORDERED
19                                  Judge Samuel Conti

20

21

22

23

24

25

26

27

28

-2-

W02-WEST:FTL\402430560.1                STIPULATION CONTINUING HEARING ON
                                         DEFENDANT'S MOTION TO DISMISS